UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: David Steiner

Case No.: 16-21306
Chapter: 7
Judge: JNP

### NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __04/25/17__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
(1) 12 North Troy Avenue, Ventnor, NJ
Value $385,000.00
(2) 722 North Kingston Avenue, Philadelphia, PA
Value $32,041.00

Liens on property:
(1) $481,816.00 US Bank
(2) $30,400.00 Ditech Financial

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
United States Bankruptcy Court
     District of New Jersey
```

In re:                                                                  Case No. 16-21306-JNP
David Steiner                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 2              Date Rcvd: Mar 27, 2017
                                  Form ID: pdf905          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
```
db              +David Steiner,    12 N. Troy Avenue,    Ventnor City, NJ 08406-2140
516227433        Bank United,    c/o Udren Law Offices,    111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ 08003-3620
516227434       +Bensalem Rescue Ambulance,    c/o United Revenue,    P.O. Box 1184,    Langhorne, PA 19047-6184
516227435       +Chalfont Family Practice,    65 E. Butler Avenue, Suite 201,    Doylestown, PA 18901-5219
516227437        City of Philadelphia,    Water Revenue Bureau,    P.O. Box 41496,    Philadelphia, PA 19101-1496
516227440       +Croftwood Apartments,    400 E. Street Road,    Feasterville Trevose, PA 19053-7743
516227443        EZ Pass,   RMCB,   P.O. Box 1235,    Hawthorne, NY 10532-0935
516227445       +Justice Law Center,    1500 JFK Boulevard, Suite 1900,    Two Penn Center,
                  Philadelphia, PA 19102-1532
516227450       +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
516227446      #+Karen Steiner,    1036 Hickory Ridge Avenue,    Chalfont, PA 18914-4432
516227452        Pennsylvania Personal Income Tax,    c/o Linebarger Goggan Blair & Samson,    P.O. Box 90128,
                  Harrisburg, PA 17109-0128
516227454       +US Bank,    c/o RAS Citron, LLC,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
516227453        University City Review,    218 S. 45th Street,    Philadelphia, PA 19104-2919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2017 23:59:31     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2017 23:59:29     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516227436        E-mail/Text: bankruptcy@phila.gov Mar 27 2017 23:59:48     City of Philadelphia,
                  Dept. of Revenue,    P.O. Box 966,    Philadelphia, PA 19105-0966
516227438       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 27 2017 23:59:53     Comcast,
                  1701 John F. Kennedy Boulevard,    Philadelphia, PA 19103-2899
516227439        E-mail/Text: creditonebknotifications@resurgent.com Mar 27 2017 23:59:02     Credit One Bank,
                  P.O. Box 60500,    City of Industry, CA 91716-0500
516227441        E-mail/Text: data_processing@fin-rec.com Mar 27 2017 23:59:22     Discover Bank,
                  c/o Financial Recovery Services,    P.O. Box 385908,   Minneapolis, MN 55438-5908
516227442        E-mail/Text: bankruptcy.bnc@ditech.com Mar 27 2017 23:59:21     Ditech Financial, LLC,
                  P.O. Box 6172,    Rapid City, SD 57709-6172
516227444        E-mail/Text: cio.bncmail@irs.gov Mar 27 2017 23:59:14     IRS,   Special Procedures,
                  P.O. Box 744,    Springfield, NJ 07081-0744
516244306        E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2017 23:57:10     Orion,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
516227451        E-mail/Text: bankruptcy@icsystem.com Mar 27 2017 23:59:54     PECO Energy Company,
                  c/o IC System,    P.O. Box 64378,    Saint Paul, MN 55164-0378
                                                                                              TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516227447*      +Karen Steiner,    1036 Hickory Ridge Avenue,    Chalfont, PA 18914-4432
516227448*      +Karen Steiner,    1036 Hickory Ridge Avenue,    Chalfont, PA 18914-4432
516227449*      +Karen Steiner,    1036 Hickory Ridge Avenue,    Chalfont, PA 18914-4432
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                   Page 2 of 2              Date Rcvd: Mar 27, 2017
                               Form ID: pdf905               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Edward M. Thompson    on behalf of Debtor David   Steiner kato92@aol.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7
               skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 7
```