Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  16–21306–JNP
                        Chapter:  7
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Steiner
   aka David Barnett Steiner, dba Xi FIX
   Home Improvement, LLC
   12 N. Troy Avenue
   Ventnor City, NJ 08406

Social Security No.:
   xxx–xx–4411

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 1, 2017</u>              <u>Jerrold N. Poslusny Jr.</u>
                                     Judge, United States Bankruptcy Court