Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−21306−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Steiner
   aka David Barnett Steiner, dba Xi FIX
   Home Improvement, LLC
   12 N. Troy Avenue
   Ventnor City, NJ 08406

Social Security No.:
   xxx−xx−4411

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐     An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the
      Bankruptcy Code.

     If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: May 1, 2017
JAN: kaj

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 16-21306-JNP
David Steiner                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin           Page 1 of 2            Date Rcvd: May 01, 2017
                          Form ID: cscnodsc     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
```
db           #+David Steiner,    12 N. Troy Avenue,    Ventnor City, NJ 08406-2140
516227433      Bank United,    c/o Udren Law Offices,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
516227434     +Bensalem Rescue Ambulance,    c/o United Revenue,    P.O. Box 1184,    Langhorne, PA 19047-6184
516227435     +Chalfont Family Practice,    65 E. Butler Avenue, Suite 201,    Doylestown, PA 18901-5219
516227437      City of Philadelphia,    Water Revenue Bureau,    P.O. Box 41496,    Philadelphia, PA 19101-1496
516227440     +Croftwood Apartments,    400 E. Street Road,    Feasterville Trevose, PA 19053-7743
516227443      EZ Pass,    RMCB,    P.O. Box 1235,    Hawthorne, NY 10532-0935
516227445     +Justice Law Center,    1500 JFK Boulevard, Suite 1900,    Two Penn Center,
                Philadelphia, PA 19102-1532
516227450     +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
516227452      Pennsylvania Personal Income Tax,    c/o Linebarger Goggan Blair & Samson,    P.O. Box 90128,
                Harrisburg, PA 17109-0128
516227454     +US Bank,    c/o RAS Citron, LLC,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
516227453      University City Review,    218 S. 45th Street,    Philadelphia, PA 19104-2919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 01 2017 22:58:55      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 01 2017 22:58:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516227436      E-mail/Text: bankruptcy@phila.gov May 01 2017 22:59:25      City of Philadelphia,
                Dept. of Revenue,    P.O. Box 966,    Philadelphia, PA 19105-0966
516227438     +E-mail/Text: ned-collections_bankrupcydocuments@comcast.com May 01 2017 22:59:30      Comcast,
                1701 John F. Kennedy Boulevard,    Philadelphia, PA 19103-2899
516227439      E-mail/Text: creditonebknotifications@resurgent.com May 01 2017 22:58:17      Credit One Bank,
                P.O. Box 60500,    City of Industry, CA 91716-0500
516227441      E-mail/Text: data_processing@fin-rec.com May 01 2017 22:58:41      Discover Bank,
                c/o Financial Recovery Services,    P.O. Box 385908,    Minneapolis, MN 55438-5908
516227442      E-mail/Text: bankruptcy.bnc@ditech.com May 01 2017 22:58:41      Ditech Financial, LLC,
                P.O. Box 6172,    Rapid City, SD 57709-6172
516227444      E-mail/Text: cio.bncmail@irs.gov May 01 2017 22:58:28      IRS,    Special Procedures,
                P.O. Box 744,    Springfield, NJ 07081-0744
516244306      E-mail/PDF: rmscedi@recoverycorp.com May 01 2017 22:52:07      Orion,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516227451      E-mail/Text: bankruptcy@icsystem.com May 01 2017 22:59:32      PECO Energy Company,
                c/o IC System,    P.O. Box 64378,    Saint Paul, MN 55164-0378
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516227447*    +Karen Steiner,    1036 Hickory Ridge Avenue,    Chalfont, PA 18914-4432
516227448*    +Karen Steiner,    1036 Hickory Ridge Avenue,    Chalfont, PA 18914-4432
516227449*    +Karen Steiner,    1036 Hickory Ridge Avenue,    Chalfont, PA 18914-4432
516227446    ##+Karen Steiner,    1036 Hickory Ridge Avenue,    Chalfont, PA 18914-4432
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: May 01, 2017
                              Form ID: cscnodsc          Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Edward M. Thompson    on behalf of Debtor David   Steiner kato92@aol.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 7
```